Raphael Janove (SBN 361193)
raphael@janove.law
**JANOVE PLLC**
115 Broadway, 5th Fl.
New York, NY 10006
Telephone: (646) 347-3940

Liana Vitale (SBN 348772)
liana@janove.law
**JANOVE PLLC**
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
Telephone: (805) 505-9550

***Attorneys for Plaintiffs and Proposed Classes***

JANOVE PLLC
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
115 Broadway, 5th Fl.
New York, NY 10006
1617 John F. Kennedy Blvd., 20th Fl.
Philadelphia, PA 19103

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LUCY YE, JULIA FLEMING, and JACQUELINE CLAY individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

UBER TECHNOLOGIES, INC.,

*Defendant*.

Case No. 4:26-cv-01744-KAW

**DECLARATION OF LIANA VITALE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Judge: Honorable Kandis A. Westmore
Date: November 19, 2026
Time: 1:30 PM
Courtroom: 4 – 3rd Floor

JANOVE PLLC
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
500 7th Ave., 8th Fl.
New York, NY 10018
1617 John F. Kennedy Blvd., 20th Fl.
Philadelphia, PA 19103

I, Liana Vitale, hereby declare as follows:

1. I am senior counsel at the law firm Janove PLLC, counsel of record for Plaintiffs in the above-captioned action. I am licensed to practice law in the state of California and am admitted to practice before this Court.

2. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration.

3. Based on my personal knowledge, I assert the facts set forth herein and, if called upon as a witness, I could and would competently testify thereto.

4. Attached as **Exhibit A** is a true and correct copy of Uber Technologies, Inc. January 15, 2026 Terms.

5. Attached as **Exhibit B** is a true and correct copy of the Court's May 21, 2026 Order in *Almond v. Uber Technologies, Inc.,* No. CGC25630922 (Cal. Super. Ct., S.F. Cnty.).

6. Attached as **Exhibit C** is a true and correct copy of the Court's May 1, 2026 Order in *Mafaher v. Uber Technologies, Inc.*, No. 25STCV17232, (Cal. Super. Ct., L.A. Cnty.).

7. Attached as **Exhibit D** is a true and correct copy of the Court's January 8, 2026, Minute Order in *Huber v. Uber Technologies, Inc.*, No. 25CU012082C (Cal. Super. San Diego Cnty).

8. Attached as **Exhibit E** is a true and correct copy of Coinbase Global, Inc.'s December 20, 2021 User Agreement at issue in the motion to compel arbitration in *Bielski et al v. Coinbase Global, Inc. et al*. Case No. 3:21-cv-07478-WHA, Dkt. No. 27-3 (Jan. 13, 2022).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2026.

/s/ Liana Roza Vitale
Liana Roza Vitale